# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *    *
                                       *
EGYPT RENE BOSTIC,                     *
                                       *
          Plaintiff,                   *
                                       *
     v.                                *    No. 21-2151C
                                       *    Filed: December 6, 2021
UNITED STATES,                         *
                                       *
          Defendant.                   *
                                       *
* * * * * * * * * * * * * * * * * *    *
```

**O R D E R**

On November 5, 2021, <u>pro se</u> plaintiff Egypt Rene Bostic filed her complaint in the above captioned case. On November 9, 2021, the Clerk of the Court sent plaintiff a notice which stated, in part

> the court has not received the required filing fee of $402.00 or a completed application to proceed *in forma pauperis*. See 28 U.S.C. 1926(a) and Rule 77.1(c) of the Rules of the United States Court of Federal Claims; 28 U.S.C. 1915. Because plaintiff has neither paid the filing fee nor provided an application to proceed *in forma pauperis*, plaintiff is hereby notified that the court may dismiss the complaint.

On December 1, 2021, plaintiff submitted a notice to the court, titled: "Free Court," which stated:

> Petitioner, a living woman is entitled to her court Tribunal being free.
> • Petitioners cannot be charged a fee as no fee can be. placed upon a citizen as a condition precedent to exercise his/her Constitutional Rights, his/ her rights are secured by the Constitution. A fee is a charge "fixed by law for services fixed by public officers or for use of a privilege under control of government." Fort Smith Has Co.V Wiseman 4 SW. 2d 789, 790, from Blacks Law Dictionary 5th Edition
> • Plaintiff(/Petitioner)should not be charged fees or costs for the lawful and Constitutional Right to petition this court in this matter in which he/she is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the state-and should not be applied to the plaintiffs who is a natural individual and entitled to relief. (Hale v Henkel, 201 U.S. 43; NAACP v Button, 371 US 415); United Mine Workers v Gibbs, 383 U.S. 715; and Johnson v Avery, 89 S. CT. 747 (1969).
> • The cornerstone of democracy is the ability of its people to question, investigate, and monitor the government. Free access to public records is a central building block of our constitutional framework enabling citizen

participation in monitoring the machinations of the republic. Conversely, the hallmark of totalitarianism is secrecy and the foundation of tyranny is ignorance. FABE, Chief Justice (Supreme Court of Alaska) PER CURIAM.
• THE U.S. Supreme Court has ruled that a natural
individual entitled to relief is entitled to free access .... To its judicial tribunals and public offices in every state of the union" (2 Black 620; see also: Caramel v Nevada, 6 Wall 35)
• no one is bound to obey an unconstitutional law and no courts are bound to enforce it. 16th American Jurisprudence

(capitalization and punctuation in original). In light of plaintiff's refusal to the pay the required filing fee or file a motion to proceed in forma pauperis, plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

       **IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**